# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:20-cr-16-1 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| JASON FORD ) | |
| ) | Magistrate Judge Susan K. Lee |
| ) | |

## ORDER

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea as to Count Three of the seven-count Indictment; (2) accept Defendant's guilty plea as to Count Three; (3) adjudicate the Defendant guilty of Count Three; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter (Doc. 47). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 47) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea as to Count Three of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Three is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count Three;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **November 13, 2020 at 9:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

                                                                 /s/*Travis R. McDonough*  
                                                                 **TRAVIS R. MCDONOUGH**  
                                                                 **UNITED STATES DISTRICT JUDGE**